IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MIRIAM TORRES-RODRIGUEZ *et al* )<br>) | Docket No. 3:19-mj- 201<br><br>***UNDER SEAL*** |

## ORDER SEALING CRIMINAL COMPLAINT, ARREST WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov and Alfredo.DeLaRosa@usdoj.gov).

SO ORDERED this 20th day of June 2019.

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE